IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE

ROBERT E. OLIVER  Case No. 13-12308-PGH
REBECCA G. OLIVER  Chapter 13

Debtor(s).                                    /

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## (PROPERTY SURRENDERED)

COMES NOW, Green Tree Servicing LLC, ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor(s) having an address of 5660 West 1st Square SW, Vero Beach, FL 32968 (the "Property"). The facts and circumstances supporting this Motion are set forth in the (i) Affidavit in Support of Motion for Relief from Automatic Stay attached hereto as Exhibit A (the "Affidavit") and (ii) Indebtedness Worksheet attached hereto as Exhibit B ("the Indebtedness Worksheet"). In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on January 31, 2013.

2. The Debtor(s) have executed and delivered or are otherwise obligated with respect to that certain promissory note, dated May 2, 2003 in the original principal amount of $178,600.00 (the "Note"). A true and correct copy of the Note is attached hereto as Exhibit C. Movant is an entity entitled to enforce the Note.

3. Pursuant to that certain Mortgage, dated May 2, 2003 (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the Property. A true and correct copy of the Mortgage is

attached hereto as Exhibit D. As set forth on the Mortgage, the original parties to the Mortgage are: Robert E. Oliver and Rebecca G. Oliver.

4. The legal description of the Property is set forth in the Mortgage, a copy of which is attached hereto, and such description is incorporated and made a part hereof by reference. The legal description of the Property is:

> **LOT 175, HAMMOCK LAKES, PHASE I, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 15, PAGE 10, PUBLIC RECORDS OF INDIAN RIVER COUNTY, FLORIDA.**
>
> **PROPERTY ADDRESS: 5660 WEST 1ST SQUARE SW, VERO BEACH, FL 32968**

5. Movant holds and/or services the note and mortgage.

6. The covenants in Movant's Note and Mortgage have been breached in that the payment due and payable on January 1, 2009 and all subsequent payments have not been paid.

7. It is the intent of the Debtor(s) to surrender the Property pursuant to the Chapter 13 Plan filed by the Debtor(s).

8. The post-petition payment address is: PO Box 94710, Palatine, IL 60094-4710.

9. The total prepetition indebtedness of the Debtor(s), as more fully detailed and reflected on the Indebtedness Worksheet, is $236,706.02.

10. The estimated market value of the Property is $123,550.00. The basis for such valuation is Indian River County Property Appraiser Office is attached hereto as Exhibit "E".

11. The proposed order is attached as Exhibit "F".

12. Cause exists for relief from the automatic stay for the following reasons:

   a. The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

      b.     Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the property.

      c.     Property is being surrendered.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. The Movant request to waive the 14-day period pursuant to Bankruptcy Rule 4001 (a)(3) is granted.

3. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

Movant further requests that upon entry of an order granting relief from stay, it be exempted from further compliance with Fed. Rule Bankr. P. 3002.1 in the instant bankruptcy case.

I HEREBY CERTIFY that on this 26 day of April, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants electronically and/or via US Mail.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

TENNILLE M. SHIPWASH
FLORIDA BAR #: 617431
GREENSPOON MARDER, P.A.
TRADE CENTRE SOUTH, SUITE 700
100 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL 33309
Telephone: (954) 343-6273
Facsimile: (954) 343-6982
Email: tennille.shipwash@gmlaw.com

**Mailing List:**

**Robert E. Oliver**
**Rebecca G. Oliver**
P.O. Box 366
Vero Beach, FL 32961

**Robin R Weiner, Trustee**
POB 559007
Fort Lauderdale, FL 33355

**U.S. Trustee**
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Colin V Lloyd**
302 So 2 St
Ft. Pierce, FL 34950