

**ORDERED in the Southern District of Florida on June 5, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

Robert E. Oliver
Rebecca G. Oliver

Case No. 13-12308-PGH
Chapter 13

Debtor(s)
_____/

### AGREED ORDER GRANTING RELIEF FROM STAY

THIS CASE came on for consideration on June 6, 2013 pursuant to the Motion for Relief from Automatic Stay and supporting Affidavit [Docket No.: 29] filed by Green Tree Servicing LLC, its successors and/or assigns ("Movant"). The Creditor and Debtor having agreed to the entry of this Order and the court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that:

1. The Motion for Relief from Automatic Stay is GRANTED.

2. Movant is granted relief from the automatic stay to enforce its rights as a secured creditor under its loan documents and applicable state law with respect to that certain mortgage on property legally described as:

LOT 175, HAMMOCK LAKES, PHASE I, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 15, PAGE 10, PUBLIC RECORDS OF INDIAN RIVER COUNTY, FLORIDA.

PROPERTY ADDRESS:   5660 WEST 1ST SQUARE SW, VERO BEACH, FL 32968

3. The order is entered for the sole purpose of allowing Movant, its successors and/or assigns, to obtain an *in rem* relief against the property described above. Movant shall not seek an *in personam* judgment against the Debtor(s).

4. The Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

5. This order shall be binding and effective despite any conversion of this bankruptcy case under any other chapter of Title 11 of the United States Code.

Agreed to:

_____
Tennille Shipwash
Greenspoon Marder, P.A.
100 W Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
Florida Bar # 617431
Attorney for JP Morgan Chase

_____
Colin V Lloyd
302 So 2 St
Ft. Pierce, FL 34950
Florida Bar # 0165182
Attorney for Debtor

###

Submitted by:

    Tennille M. Shipwash, Esquire, Attorney for Movant
    Florida Bar #: 617431
    Greenspoon Marder, P.A.
    Trade Centre South, Suite 700
    100 West Cypress Creek Road
    Fort Lauderdale, FL  33309
    Telephone:   (954)343-6273
    Facsimile:    (954)343-6982

**Attorney Tennille M. Shipwash, Esq. is directed to mail a conformed copy of this Order to all interested parties and to file a Certificate of Service with the clerk of the Bankruptcy Court.**